IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
NOV - 7 2017
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN RE: ) **UNDER SEAL**
)
CRIMINAL COMPLAINT ) CASE NUMBER 2:17mj 562

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Kevin M. Comstock and Randy C. Stoker, Assistant United States Attorneys, pursuant to Local Criminal Rule 49(B) moves to seal the criminal complaint, affidavit in support of the complaint and arrest warrant in this case.

Sealing is necessary to avoid notification of the existence of the arrest warrant which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers or otherwise jeopardize the investigation. Another procedure will not adequately protect the needs of law enforcement at this time.

Such sealing is within the discretion of this Court and may be granted for any legitimate prosecutorial need." *United States v. Ramey*, 791 F.2d 317, 321 (4th Cir. 1986); *see also, In re Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir. 1989).

The United States requests that the criminal complaint, affidavit in support of the complaint and arrest warrant remain under seal until the arrest of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record.

The United States further requests that: (1) a certified copy of the complaint be provided to those law enforcement officials involved in the prosecution of the case; and (2) a copy of the sealed arrest warrant be made available to agents of the Federal Bureau of Investigation.

Dana J. Boente
United States Attorney

By: _____
Randy C. Stoker
Kevin M. Comstock
Assistant United States Attorneys