# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF VIRGINIA

### Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.: 2:17mj562 |
| | ) | |
| ERIC BRIAN BROWN | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE

This notice is to inform the Court that Kevin M. Comstock, Assistant United States Attorney for the Eastern District of Virginia will be acting as co-counsel, with Randy C. Stoker, Assistant United States Attorney, on all matters in reference to the above-styled case.

                                                                              Respectfully submitted,

                                                                              DANA J. BOENTE
                                                                              UNITED STATES ATTORNEY

By:         /s/                          
      Kevin M. Comstock
      Assistant United States Attorney
      Attorney for the United States
      United States Attorney's Office
      101 West Main Street, Suite 8000
      Norfolk, VA 23510
      Office Number: 757-441-6331
      Facsimile Number: 757-441-6689

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of December 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of filing (NEF) to the following:

>Andrew W. Grindrod
>Keith L. Kimball
>Assistant Federal Public Defenders
>Office of the Federal Public Defender
>150 Boush Street, Suite 403
>Norfolk, Virginia 23510
>Telephone: 757-457-0800
>Facsimile: 757-457-0880

/s/
Kevin M. Comstock
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689